UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUAN VERETTE                                          CIVIL ACTION

VERSUS                                                NO: 08-3156

SUSAN RATLIFF, ET AL.                                 SECTION: R(5)


**ORDER**

The Court, finding that as of this date neither party has objected to the Magistrate Judge's Report and Recommendation (R. Doc. 27), hereby approves the Report and adopts it as its own opinion. It is ordered that Verette's claims be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 30th day of December, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE